IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE ALBERTO MOLINA RAMOS,

Petitioner,

v. No. 2:26-cv-1997-KG-SCY

MARKWAYNE MULLIN, et al.,

Respondents.

**MEMORANDUM OPINION AND ORDER**

Before the Court are Petitioner's Emergency Motions for a Temporary Restraining Order, Docs. 12, 15, Second Amended Petition for a Writ of Habeas Corpus, Doc. 13, and Motion for Appointment of Counsel, Doc. 14.

The Court previously granted Petitioner relief in the form of an order directing that Petitioner receive a bond hearing before an immigration judge. *See* Doc. 10. Respondents have since filed a status report confirming that the ordered bond hearing took place. *See* Doc. 11.

To the extent Petitioner's pending motions and second amended petition seek review of the immigration judge's order of removal or seek review of the immigration judge's determination denying bond following the hearing this Court ordered, the Court lacks jurisdiction to grant such relief. Judicial review of a final order of removal lies exclusively with the courts of appeals pursuant to 8 U.S.C. § 1252(a)(5), (b)(9). Likewise, the discretionary judgment of an immigration judge regarding the application of bond factors, once a constitutionally adequate bond hearing has been afforded, is not subject to further review by this Court. *See* 8 U.S.C. § 1226(e); *Jennings v. Rodriguez*, 583 U.S. 281 (2018).

Because a bond hearing has been provided, and because the Court lacks jurisdiction to review either the underlying removal order or the immigration judge's discretionary bond determination, Petitioner's outstanding motions are DENIED.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.